No. 147. GRAYSBURG OIL CO. *v.* TEXAS. Argued January 16, 17, 1929. Decided January 21, 1929. *Per Curiam:* Reversed on the authority of *Panhandle Oil Co.* v. *Missis-*

*sippi ex rel. Knox*, 277 U. S. 218. *Mr. Victor Keller* for plaintiff in error. *Mr. D. A. Simmons*, with whom *Mr. Claude Pollard* was on the brief, for defendant in error.